Cory S. Fein
California Bar No. 250758
Cory Fein Law Firm
712 Main St., #800
Houston, TX  77002
Telephone:  (281) 254-7717
Facsimile:  (530) 748-0601
Email:  cory@coryfeinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN NORTHRUP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**<br><br>Plaintiff,<br><br>v.<br><br>**TOPMARK FUNDING, LLC, and RAPID INVESTMENTS, LLC**<br><br>Defendants. | No.  2-18-cv-00849-JAM-AC<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff dismisses this action, with prejudice, each party to bear its own costs.

Dated: June 9, 2018.

                                    */s/ Cory S. Fein*
                                    Cory S. Fein (CA Bar No. 250758)
                                    Cory Fein Law Firm
                                    712 Main St., #800
                                    Houston, TX  77002
                                    Telephone:  (281) 254-7717
                                    Facsimile:  (530) 748-0601
                                    Email:  cory@coryfeinlaw.com
                                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed with the Court's ECF system, and thereby served on all counsel of record, on June 9, 2018.

                                /s/ Cory S. Fein
                                Cory S. Fein