# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN NORTHRUP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>TOPMARK FUNDING, LLC, and RAPID INVESTMENTS, LLC<br><br>Defendants. | No. 2-18-cv-00849-JAM-AC<br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's Notice of Dismissal under Federal Rule 41(a)(1)(A)(i), this case is hereby DISMISSED, with prejudice, each party to bear its own costs.

SIGNED ON this 11th day of June, 2018.

_____
United States District Court Judge